

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 07 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No: 1:17-cv-08949 |
| | ) | |
| David Lewisbey, | ) | |
|     Defendant | ) | |

## SUPPORTING MEMORANDUM AND AFFIDAVIT AS TO WHY THIS APPEAL SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION

NOW COMES, David Lewisbey, proceeding pro se in this Supporting Memorandum and Affidavit as to Why This Appeal Should Not Be Dismissed for Lack of Jurisdiction, and so provides the following information to this Court for its review and consideration. Mr. Lewisbey avers to the following facts and information:

On September 26, 2018, this Court issued its Memorandum Opinion and Order denying, without a hearing, Mr. Lewisbey's original motion under Title 28 U.S.C. § 2255.

This Court also denied a Certificate of Appealability because it held that Mr. Lewisbey failed to make a showing of the denial of a constitutional right.

Mr. Lewisbey never received written notice from this Court regarding the denial of the 2255 motion, although it appears that this Court had Mr. Lewisbey's correct address. In fact, not until, November 10, 2018, did Mr. Lewisbey receive notice of this Court's Opinion from an

1

independent paralegal who viewed the docket sheet on PACER. The paralegal provided Mr. Lewisbey with verbal notice that this Court denied the 2255 motion.

On November 26, 2018, Mr. Lewisbey placed a Notice of Appeal in the prison mailbox system at FCI Beaumont – Low, in Beaumont, Texas.

This Court did not receive and docket the Notice until December 12, 2018, thus appearing to be sixteen (16) days past the deadline to file the Notice.

Mr. Lewisbey asserts that under Houston v. Lack, 487 U.S. 266, 270–71 (1988), and under Rule 4(a)(1), pro se prisoners' notices of appeal are "filed" at the moment of delivery to prison authorities for forwarding to the district court. In this case, Mr. Lewisbey handed the Notice to prison authorities on November 26, 2018, no more than 90 days after this Court's Memorandum Opinion, deeming it timely according to current Rules and jurisprudence.

WHEREFORE, David Lewisbey respectfully requests and prays that this Honorable Court consider the Notice of Appeal timely filed and order the Clerk to transmit the appeal to the Seventh Circuit Court of Appeals.

Executed this 26th day of December in the year of 2018.

Respectfully Submitted,

David Lewisbey 45353-424
FCI Beaumont Low
P.O. Box 26020
Beaumont, TX 77720

2

## CERTIFICATE OF SERVICE

I, David Lewisbey, certify that a true and complete copy of the enclosed Supporting Memorandum and Affidavit as to Why This Appeal Should Not Be Dismissed for Lack of Jurisdiction has been properly served upon the below-listed interested party by placing the Motion in the prison mailbox system located at FCI Beaumont with prepaid First Class postage on this 26th day of December in the year of 2018.

Served upon:

    United States Attorney's Office
    Northern District of Illinois, Eastern Division
    219 S. Dearborn St., 5th Floor
    Chicago, IL 60604

By: _David Lewisbey_
    David Lewisbey 45353-424
    FCI Beaumont Low
    P.O. Box 26020
    Beaumont, TX 77720

David Lewis Bey
Reg 45353-424
FCI Beaumont Low
PO Box 26020
Beaumont, TX 77720

NORTH HOUSTON TX 773
09 JAN 2019 PM 7 L

Office of the Clerk
United States District Court
For the Northern District of Illinois
219 S Dearborn Street
Chicago IL 60604

'19 JAN -7 PM 2:04
CLERK
U.S. DISTRICT COURT

01/07/2019-67